# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **GLENN E. PRUITT, et al.** | :: | CASE NO. C-1-01-811 |
| **Plaintiffs,** | :: | (Judge Weber)<br>(Magistrate Judge Hogan) |
| v. | :: | **AGREED ENTRY OF DISMISSAL<br>WITH PREJUDICE** |
| **HAMILTON COUNTY, OHIO, et al.** | :: | |
| **Defendants** | | |
| | :: | |

The Court, being advised of the agreement for the settlement of this action and being further advised of the approval by the Probate Court on June 2, 2003 of the dismissal with prejudice and the complete release of all claims of all parties to this action, this action is hereby dismissed with prejudice.

                                                    s/Herman J. Weber
                                                    Herman J. Weber, Senior Judge

MICHAEL K. ALLEN
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

| | |
|---|---|
| STEPHEN K. SHAW | KENNETH L. LAWSON |
| Assistant Prosecuting Attorney | Trial Attorney for Plaintiffs |
| Hamilton County, Ohio | 808 Elm Street, Suite 100 |
| 230 E. Ninth Street, Suite 4000 | Cincinnati, Ohio 45202 |
| Cincinnati, Ohio 45202 | DDN: (513) 345-5000 |
| DDN: (513) 946-3071 | FAX: (513) 345-5005 |
| FAX: (513) 946-3018 | |